## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## OWENSBORO DIVISION

CIVIL ACTION NUMBER 4:11CV-103M

Commonwealth of Kentucky                                             Plaintiff

V.

Daymar Learning, Inc., et al.                                        Defendants

## ORDER

This action is hereby **REFERRED** to the **Honorable E. Robert Goebel, United States Magistrate Judge**, for **DETERMINATION of nondispositive matters** pursuant to Title 28, U.S.C. § 636(b)(1)(A).

Said Magistrate is empowered to conduct any hearings necessary for their resolution.

**IT IS SO ORDERED** this the 22ND day of August, 2011.

ENTERED BY ORDER OF COURT:
JOSEPH H. MCKINLEY, JR., JUDGE
UNITED STATES DISTRICT COURT

Vanessa L. Armstrong, Clerk of Court

By: _____/s/_____
Patti May, Deputy Clerk

Copies to:   Counsel of Record
             U.S. Magistrate Judge E. Robert Goebel